■ BENDERSON DEVELOPMENT COMPANY, INC., Appellant, v PHILIP B. SCHWAB et al., Defendants, and DAVID D. BAKER, Respondent. (Appeal No. 2.)—Cross appeal unanimously dismissed as moot. (Appeal from judgment of Erie Supreme Court—fraud.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Schnepp, JJ.